[No. 27309. Department Two. February 24, 1939.]

PUBLIC UTILITY DISTRICT NO. 1 OF WAHKIAKUM COUNTY et al., *Respondents*, v. JOSEPH GIRARD, *as Treasurer of Wahkiakum County, et al., Appellants.*[1]

*Mitchell Doumit,* for appellants.

*Houghton, Cluck & Coughlin* and *Herman E. Lafky* (*John C. Fischer,* of counsel), for respondents.

SIMPSON, J.—Action in this case was instituted by plaintiffs for the purpose of compelling the defendant Joseph Girard, treasurer of Wahkiakum county, to pay warrants issued by public utility district No. 1, of that county, out of funds received from taxes levied by the district.

Trial was had to the court. After the trial was concluded, findings of fact, conclusions of law, and judgment were entered favorable to plaintiffs. The find-

[1]Reported in 87 P. (2d) 287.

ings and conclusions were filed June 1, 1938, and judgment was signed and entered June 11, 1938.

The record discloses that no appeal bond was given as provided by Rem. Rev. Stat., §§ 1721, 1722 [P. C. §§ 7295, 7296], and Rule VI (1), Rules of the Supreme Court, 193 Wash. 6-a.

The giving of bond on appeal is jurisdictional (*Anderson v. Taylor,* 152 Wash. 532, 278 Pac. 412; *In re Umphrey's Estate,* 155 Wash. 458, 284 Pac. 753; *Surety Finance Co. v. Prinz,* 170 Wash. 379, 16 P. (2d) 613), and the failure of appellants to give one compels dismissal of the appeal.

It is so ordered.

BLAKE, C. J., BEALS, MILLARD, and GERAGHTY, JJ., concur.